JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
25350 Magic Mountain Pkwy Suite 300
Valencia, CA 91355
Tel: (818) 905 6611
Fax: (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY MARGARET GUNNESS-VALLANDINGHAM<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL[1],<br>ACTING COMMISSIONER<br>OF SOCIAL SECURITY<br><br>Defendant | CASE NO. CV 16-09078 RAO<br><br>ORDER AWARDING<br>ATTORNEYS FEES PURSUANT TO<br>EAJA, 28 U.S.C. § 2412(d), |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $3800.00, subject to the terms of the stipulation.

Dated: 12/21/17

    /s/ Rozella A. Oliver
ROZELLA A. OLIVER
U.S. Magistrate Judge

_____

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).